UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

AE OPCO III LLC
d/b/a AEROMATRIX COMPOSITES

   Debtor.
_____/

Case No. 8:22-bk-01186-CPM
Chapter 11

## OBJECTION TO CLAIM NO. 16 OF COMPOSITES ONE, LLC

> NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Avenue, Room 555, Tampa, Florida 33602 and mail a copy to the moving parties' counsel Alberto F. Gomez, Jr., Johnson Pope Bokor Ruppel & Burns, LLP, 401 East Jackson Street, Ste. 3100, Tampa, FL 33602 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

DEBTOR, AE OPCO III, LLC ("Debtor"), by and through ITS undersigned counsel, hereby files this Objection to Claim No. 16 of Composites One, LLC and in support state the following:

### Background

1. On March 25, 2022 ("Petition Date"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), Subchapter

V, Small Business Debtor Reorganization.

2. On September 1, 2022, the Debtor filed an Amended Voluntary Petition to remove its designation to proceed under a Subchapter V, Small Business Debtor (Doc. No. 170). The Debtor is now proceeding under a traditional Chapter 11 case.

3. The Debtor owns and operates an aerospace composite manufacturing facility. The Debtor provides design services, testing, assembling and repairs for commercial and governmental customers.

4. Pursuant to 11 U.S.C., Sections 1107 and 1108, the Debtor is continuing as a Debtor-in-Possession.

5. On or about April 22, 2022, Composites One, LLC ("Composites One") filed Claim No. 16 in the amount of $7,761.96. Claim No. 16 consists of a priority claim pursuant to 11 USC § 507(a)(11) in the amount of $5,012.38 and the balance of the claim in the amount of $2,749.58 being a general unsecured claim.

6. The Debtor objects to the priority portion of Claim No. 16 on the grounds that there is not a Code section 507(a)(11) under the Bankruptcy Code. Additionally, the invoices attached to the proof of claim indicate that the supplies purchased by the Debtor from Composites One would have been received by the Debtor well in advance of twenty (20) days of the filing date.

7. Based on the foregoing, the Debtor asserts that Composites One does not have a priority claim under the Bankruptcy Code.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order sustaining this Objection, disallowing the priority portion of Claim No. 16 in its entirety, and deeming Claim No. 16 in the amount of $7,761.96 to be a general unsecured claim and for such other and further relief as is just.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Objection to Claim No. 16 of the Composites One has been furnished either by the Court's CM/ECF system or by U.S. Mail, first class postage prepaid, to **Office of the U.S. States Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; **Composites One, LLC** Attn: Roxanne Witzel, Area Credit Supervisor, 11917 Altamar Place, Santa Fe Springs, CA 90670; **Composites One**, 4775 Gateland Dr., Lakeland, FL 33811; **Composites One, LLC**, Attn: Registered Agent, Corporation Service Company,1201 Hays Street, Tallahassee, FL 32301 on November 14, 2022.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto ("Al") F. Gomez, Jr.
Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
401 E. Jackson Street, Suite 3100
Tampa, FL  33602
Telephone:    813-225-2500
Facsimile:     813-223-7118
Email:  Al@jpfirm.com
Counsel for Debtor