UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No. 8:22-bk-1186-CPM
Chapter 11

AE OpCo III LLC,
D/B/A Aeromatrix Composites,

Debtor.
_______________________________/

**NOTICE OF FILING DEBTOR'S PROOF OF PLAN PAYMENTS MADE TO THE GENERAL UNSECURED CREDITORS OF CLASS NO. 5 OF THE DEBTOR'S CONFIRMED PLAN OF LIQUIDATION DATED SEPTEMBER 1, 2022**

DEBTOR, AE OpCo III, LLC d/b/a Aeromatrix Composites ("Debtor"), by and through the undersigned counsel, hereby gives notice that the Debtor has paid all unsecured creditors, or Class 5 Creditors, with the exception of the claim of CYJY Capital, LLC. The claim of CYJY Capital, LLC is being held in reserve in an interest-bearing account by the Debtor pending further Court order.

The Debtor further gives notice of the filing of the attached Debtor's proof of plan payments made to the General Unsecured Creditors of Class 5 ("Plan Payment Distribution Summary") of the Debtor's confirmed Plan of Liquidation dated September 1, 2022. The majority of the plan payments made by the Debtor were made via wire transfer and a few payments were made via credit card.[1] The payments made by the Debtor represent 100 cents on the dollar distribution to allowed Class 5 Claimants.

Pages 1 through 6 of the attached Plan Payment Distribution Summary is a coversheet and summary of all general unsecured creditors of Class 5. In the coversheet under the column

[1] The Debtor's Comptroller, Anthony Focaracci, used his personal credit card for the small payments of Class 5 Claimants that did not have readily available wire transfer information. Mr. Focaracci will be reimbursed for the payments made on his credit card.

"Reference to Bank Wire Activity" are the numbers that correspond to the circled numbers on the "Summary of Wire Transfers". The Summary of Wire Transfers starts on page 7 and continues through page 14 of the Plan Payment Distribution Summary.

Also included in the Plan Payment Distribution Summary are summaries of payments made to Fair Harbor Capital, LLC and Cedar Glade, LP as assignees to certain unsecured claims. Lastly, a summary of the plan payments made via credit card appears on pages 16 through 19.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Filing has been furnished either by the Court's CM/ECF system or by regular U. S. Mail to the Office of the U.S. States Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; AE OPCO III, LLC, 1590 Rosecrans Ave, Suite D #415, Manhattan Beach, CA 90266 and all parties receiving electronic notice through the Court's CM/ECF System on April 2, 2024.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 N Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: Al@jpfirm.com
Attorneys for Debtor

# Plan Payment Distribution Summary Coversheet

| AE OPCO - Claims Analysis | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Claim No. | Priority claim under 503 (b) | Claim Amount (takes into consideration Court orders that alter the claim amount) | Claims paid by Short Bros per agreement | Notes/Comments | Date of Payment | Method of Payment | Amount Paid | Reference to Bank Wire Activity | Reference to Credit Card Activity | Notes |
| 3M Company | Scheduled | | $ 3,109.12 | | See Court Order at Doc. No. 352 | 3/19/24 | Wire | $ 3,109.12 | 1 | N/A | |
| A&A Alarm System | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| AAR Corporation | 44 | | $ - | | This analysis assumes that AAR will have a $0.00 Claim No. 44 and AAR's Claim No. 43 will be paid consistent with the approved settlement at Doc. No. 396. | | | | | | |
| AAR Manufacturing, Inc. | 43 | | $ 338,381.66 | | See Court Order at Doc. No. 396 | 3/25/24 | Wire | $ 338,381.66 | 2 | N/A | |
| Abrasive Technology (contingent) | Scheduled | | $ 765.00 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/20/24 | Credit card | $ 765.00 | N/A | A | |
| Accurate Screw Machine | Scheduled | | $ 6,063.50 | | See Court Order at Doc. No. 352/Claim transferred to Argo Partners Doc. No. 312 | 3/22/24 | Wire | $ 6,063.50 | 3 | N/A | Paid to Argo Partners. |
| ACS Group | Scheduled | | $ 2,327.27 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/19/24 | Wire | $ 2,327.27 | 4 | N/A | |
| Actuarial Benefits | Scheduled | | $ 2,752.01 | | | 3/19/24 | Wire | $ 2,752.01 | 5 | N/A | |
| Adams Rite Aerospace | Scheduled | | $ 26,237.00 | | Claim Transferred to Fair Harbor Capital Doc. No. 516 | 3/22/24 | Wire | $ 26,237.00 | 6 | N/A | Paid to Morgan Stanley and includes other Claims. See Fair Harbor Capital LLC schedule for list of claims. |
| Additive Engineering Solution | 41 | | $ 105,373.00 | | | 3/22/24 | Wire | $ 105,373.00 | 7 | N/A | |
| Adhesive Packing Specialties | Scheduled | | $ - | | See Court Order at Doc. No. 321 | | | | | | |
| Adtec II Tampa, Inc. | Scheduled | | $ - | | See Court Order at Doc. No. 333 | | | | | | |
| Advance Tool Company | 56 | | $ 53,200.00 | | | 3/22/24 | Wire | $ 53,200.00 | 8 | N/A | |
| AE 14201 Myerlake Circle, LLC | 46 | | $ - | | Per Settlement and Release attached to Doc. No. 139, Exhibit D and as approved by Doc. No. 165) | | | | | | |
| Aero Decal | Scheduled | | $ - | | See Court Order at Doc. No. 328 | | | | | | |
| Aero Technical Components | Scheduled | | $ 4,188.30 | | | 3/22/24 | Wire | $ 4,188.30 | 9 | N/A | |
| Aerotape | Scheduled | | $ 561.60 | | | 3/21/24 | Credit card | $ 561.60 | N/A | B | |
| Aerotek | 19/58 | | $ 41,183.91 | | See Court Order at Doc. No. 317 | 3/22/24 | Wire | $ 41,183.91 | 10 | N/A | |
| AIM Advanced industrial Mech | Scheduled | | $ - | | See Court Order at Doc. No. 332/Claim Transferred to Cedar Glade LP (Doc. No. 115) | | | | | | |
| Aim Supply | Scheduled | | $ - | | See Court order at Doc. No. 330 | | | | | | |
| Air Centers of Florida | Scheduled | | $ 1,495.53 | | | 3/19/24 | Wire | $ 1,495.53 | 11 | N/A | |
| Air Products & Chemicals | Scheduled | | $ 53,184.16 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/22/24 | Wire | $ 53,184.16 | 12 | N/A | |
| Aircraft Spruce & Specialty | Scheduled | | $ 379.01 | | | 3/28/24 | Credit card | $ 379.01 | N/A | C | |
| Aircraft Tooling & Supply | Scheduled | | $ 5,131.00 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/22/24 | Wire | $ 5,131.00 | 13 | N/A | |
| Airgas South | Scheduled | | $ 108.76 | | | 3/19/24 | Wire | $ 108.76 | 94 | N/A | |
| Airtech International | Scheduled | | $ 80,023.34 | | | 3/22/24 | Wire | $ 80,023.34 | 14 | N/A | |
| Airtech Supply | Scheduled | | $ - | $ 134,243.70 | See Court Order at Doc. No. 355 | | | | | | |
| All Foils | 4 | | $ 1,307.00 | | | 3/22/24 | Wire | $ 1,307.00 | 15 | N/A | |
| All Star CNC | Scheduled | | $ - | | See Court Order at Doc. No. 325 | | | | | | |
| All World Truck Lift | Scheduled | | $ 506.08 | | | 3/20/24 | Credit card | $ 506.08 | N/A | D | |
| Amerigas | Scheduled | | $ 917.02 | | | 3/25/24 | Credit card | $ 917.02 | N/A | E | Paid $941.32 which included $24.30 service charge assessed by creditor to pay by credit card. |
| AMS Corehog, Inc. | Scheduled | | $ 43,171.00 | | | 3/25/24 | Wire | $ 43,171.00 | 16 | N/A | Paid to Cedar Glade LP. |
| Arcadia Aerospace | Scheduled | | $ 785.00 | | | 3/19/24 | Wire | $ 785.00 | 17 | N/A | |
| Architect Equity Holdings | 49 | | $ 1,011,437.00 | | Amended Claim No. 49 | 3/25/24 | Wire | $ 1,011,437.00 | 18 | N/A | |

| Name | Claim No. | Priority claim under 503 (b) | Claim Amount (takes into consideration Court orders that alter the claim amount) | Claims paid by Short Bros per agreement | Notes/Comments | Date of Payment | Method of Payment | Amount Paid | Reference to Bank Wire Activity | Reference to Credit Card Activity | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Architect Equity Management | 48 | | $ - | | Per Settlement and Release attached to Doc. No. 139, Exhibit D and as approved by Doc. No. 165) | | | | | | |
| AT&T | Scheduled | | $ 169.84 | | | | | $ - | N/A | N/A | AT&T account showed $0 balance owed. No payment made. |
| ATC Aircraft Technologies | 23 | | $ 18,076.40 | | | 3/22/24 | Wire | $ 18,076.40 | 19 | N/A | |
| AMAMCO Tools | Scheduled | | $ 4,358.42 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/22/24 | Wire | $ 4,358.42 | 20 | N/A | |
| Averitt Express | Scheduled | | $ 93.00 | | | | | $ - | N/A | N/A | Averitt account showed $0 balance owed. No payment made. |
| B&B Professional Plumbing | Scheduled | | $ 52.00 | | | | | $ - | N/A | N/A | B&B account showed $0 balance owed. No payment made. |
| B/E Aerospace | Scheduled | | $ 18,550.20 | | | 3/22/24 | Wire | $ 18,550.20 | 21 | N/A | |
| Barclay Composite Solutions - we | 6 | | $ 25,516.43 | | | 3/22/24 | Wire | $ 25,516.43 | 22 | N/A | |
| Bay Foam Packaging & Insulat | Scheduled | | $ 6,420.00 | | | 3/19/24 | Wire | $ 6,420.00 | 23 | N/A | |
| Baycare Urgent Care | Scheduled | | $ 60.00 | | | 3/26/24 | Credit card | $ 60.00 | N/A | F | |
| Beneficial Fire Protection | Scheduled | | $ 5,600.00 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/25/24 | Wire | $ 5,600.00 | 24 | N/A | |
| Berdahl Associates | 5 | | $ 7,796.20 | | | 3/22/24 | Wire | $ 7,796.20 | 25 | N/A | |
| Bisco Industries | 11 | | $ 22,350.27 | | | 3/22/24 | Wire | $ 22,350.27 | 26 | N/A | |
| BK Supply | Scheduled | | $ 1,385.00 | | | 3/22/24 | Wire | $ 1,385.00 | 27 | N/A | |
| Boeing Distribution | Scheduled | | $ - | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | | | | | | |
| Brandon Lift Service | Scheduled | | $ - | | See Court Order at Doc. No. 323 | | | | | | |
| Brown Aviation Tool Supply | Scheduled | | $ - | | See Court Order at Doc. No. 329 | | | | | | |
| California Bank of Commerce | Scheduled | | $ - | | PPP Loan forgiven | | | | | | |
| Camcorp Industries | 53 | | $ 6,663.00 | | | 3/19/24 | Wire | $ 6,663.00 | 28 | N/A | Camcorp acquired by Venice Engineering. Wire sent to Venice Engineering. |
| Cenit North America | Scheduled | | $ - | | See Court Order at Doc. No. 334 | | | | | | |
| CEO, Inc. | Scheduled | | $ 42,000.00 | | Claim Transferred to Cedar Glade Doc. No. 217 | 3/22/24 | Wire | $ 42,000.00 | 29 | N/A | Paid to Cedar Glade LP and includes other claims. See Cedar Glade LP schedule for list of claims. |
| CG Tech | Scheduled | | $ 8,077.81 | | | 3/25/24 | Wire | $ 8,077.81 | 30 | N/A | |
| Charter Nex Films | Scheduled | | $ 7,640.44 | | | 3/19/24 | Wire | $ 7,640.44 | 31 | N/A | |
| Cintas Corporation | 35 | $ - | $ - | | See Court Order at Doc. No. 353 | | | | | | |
| Cintas First Aid & Safety | Scheduled | | $ - | | See Court Order at Doc. No. 326 | | | | | | |
| City of Largo | Scheduled | | $ - | | See Court Order at Doc. No. 324 | | | | | | |
| City Wide Facility | Scheduled | | $ 4,590.30 | | | 3/19/24 | Wire | $ 4,590.30 | 32 | N/A | aka Ally Facility Solutions |
| Click Bond, Inc. | Scheduled | | $ - | | See Court Order at Doc. No. 331 | | | | | | |
| Coating Technology | 12 | | $ - | $ 41,209.15 | See Court Order at Doc. No. 387 | | | | | | |
| Composites One | 16 | | $ 7,761.96 | | See Court Order at Doc. No. 271 | 3/19/24 | Wire | $ 7,761.96 | 33 | N/A | |
| Coordinate Industries | 28 | | $ - | $ 79,739.20 | See Court Order at Doc. No. 355 | | | | | | |
| Coretek | 29 | | $ 21,628.72 | | | 3/22/24 | Wire | $ 21,628.72 | 34 | N/A | |
| CYM Capital, LLC* | 47 | | $ 2,799,281.00 | | The Debtor shall hold this claim in an interest-bearing account pending further order of the Court. | | | | | | |
| De-Comp Composites | 8 | | $ 2,596.00 | | | 3/19/24 | Wire | $ 2,596.00 | 35 | N/A | |
| Dex Canon | Scheduled | | $ - | | See Court Order at Doc. No. 335 | | | | | | |
| Diab Group | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| DIGI Key | Scheduled | | $ - | | See Court Order at Doc. No. 327 | | | | | | |
| Eastern Aero Marine | Scheduled | | $ 500.00 | | | 3/19/24 | Wire | $ 500.00 | 36 | N/A | |
| Eastman Machine Co | Scheduled | | $ - | | See Court Order at Doc. No. 322 | | | | | | |
| Edwards Associates | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |

| Name | Claim No. | Priority claim under 503 (b) | Claim Amount (takes into consideration Court orders that alter the claim amount) | Claims paid by Short Bros per agreement | Notes/Comments | Date of Payment | Method of Payment | Amount Paid | Reference to Bank Wire Activity | Reference to Credit Card Activity | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edwards Interiors | Scheduled | | $ 30,840.50 | | | 3/22/24 | Wire | $ 30,840.50 | 37 | N/A | |
| Electric Motors | Scheduled | | $ 320.00 | | | 3/25/24 | Credit card | $ 320.00 | N/A | G | |
| Ellsworth Adhesives | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| EMI Supply | Scheduled | | $ 139.98 | | | 3/26/24 | Credit card | $ 139.98 | N/A | H | |
| Enterprise Coated Products | Scheduled | | $ 22,982.40 | | | 3/22/24 | Wire | $ 22,982.40 | 38 | N/A | |
| Euro Composites | 42 | | $ 118,691.00 | | | 3/22/24 | Wire | $ 118,691.00 | 39 | N/A | |
| Evonik Corporation | Scheduled | | $ 5,833.00 | | | 3/22/24 | Wire | $ 5,833.00 | 40 | N/A | |
| Faro | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Flight Shop | Scheduled | | $ 182.50 | | | 3/26/24 | Credit card | $ 182.50 | N/A | I | |
| Florida RS Technology | Scheduled | | $ 20,565.19 | | | 3/22/24 | Wire | $ 20,565.19 | 41 | N/A | |
| Freeman Mfg & Supply | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Galaxy Technologies, Inc. | 27 | | $ 30,859.00 | | | 3/22/24 | Wire | $ 30,859.00 | 42 | N/A | |
| Gerber Technology | 1 | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| GE Digital Velocity | 14 | | $ 288,268.62 | | Claim Transferred To Cedar Glade Doc. No. 169 | 3/22/24 | Wire | $ 288,268.62 | 29 | N/A | Paid to Cedar Glade LP and includes other claims. See Cedar Glade LP schedule for list of claims. |
| Global Industrail | Scheduled | | $ 2,428.61 | | | 3/22/24 | Wire | $ 2,428.61 | 43 | N/A | aka Global Equipment |
| Grace Supply | Scheduled | | $ 3,365.81 | | | 3/19/24 | Wire | $ 3,365.81 | 44 | N/A | |
| Grainger, Inc. | Scheduled | | $ - | | Duplicate, see WW Grainger | | | | | | |
| Green Country Aircraft & Exh | Scheduled | | $ 55,642.70 | | | 3/22/24 | Wire | $ 55,642.70 | 45 | N/A | |
| Green Metal Fabricators | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Grosvenor Building | Scheduled | | $ 844.07 | | | 3/25/24 | Credit card | $ 844.07 | N/A | J | Two separate charges $ 333.68 $ 510.39 $ 844.07 |
| Haas Factory Outlet | Scheduled | | $ - | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | | | | | | |
| Hardware Specialty | Scheduled | | $ 699.61 | | | 3/19/24 | Wire | $ 699.61 | 46 | N/A | |
| Hendrick Manufacturing | Scheduled | | $ 2,526.01 | | | 3/19/24 | Wire | $ 2,526.01 | 47 | N/A | |
| Henkel Corporation | 18 | | $ 49,565.22 | | | 3/22/24 | Wire | $ 49,565.22 | 48 | N/A | |
| Hexcel Corporation | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Hisco, Inc. | Scheduled | | $ - | | See Court Order at Doc. No. 352 - Debtor was required to pay this claim pursuant to the sale to Lifeport. | | | | | | |
| Hitt Companies | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| ICOT Center Master Assoc | Scheduled | | $ - | | The Debtor was required to pay this claim due to real estate sale. | | | | | | |
| IMR Test Labs | Scheduled | | $ 1,579.00 | | Claim Transferred to Fair Harbor Capital Doc. No. 524 | 3/22/24 | Wire | $ 1,579.00 | 6 | N/A | Paid to Morgan Stanley and includes other Claims. See Fair Harbor Capital LLC schedule for list of claims. |
| Incertra | Scheduled | | $ 7,190.41 | | Claim Transferred to Fair Harbor Capital Doc. No. 356 | 3/22/24 | Wire | $ 7,190.41 | 6 | N/A | Paid to Morgan Stanley and includes other Claims. See Fair Harbor Capital LLC schedule for list of claims. |
| Incora | Scheduled | | $ 8,142.15 | | | 3/22/24 | Wire | $ 8,142.15 | 49 | N/A | aka Wesco Aircraft |
| Independent Ink | Scheduled | | $ 100.00 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | | | $ - | N/A | N/A | Independent Ink account noted charge was previoulsy paid in Jan 2022 with a credit card. |
| Industrial Vacuum | 30 | | $ 36,045.00 | | | 3/22/24 | Wire | $ 36,045.00 | 50 | N/A | |
| Industries Trident | 52 | | $ - | $ 115,617.98 | See Court Order at Doc. No. 355 | | | | | | |
| Infotrac | Scheduled | | $ 1,453.14 | | | 3/22/24 | Wire | $ 1,453.14 | 51 | N/A | |
| Instron Corporation | Scheduled | | $ 3,745.00 | | | 3/19/24 | Wire | $ 3,745.00 | 52 | N/A | |
| Inventory Locator | Scheduled | | $ 5.20 | | | 3/27/24 | Credit card | $ 5.20 | N/A | K | |
| IT Resources Corp | 40 | | $ 22,000.00 | | | 3/22/24 | Wire | $ 22,000.00 | 53 | N/A | |
| Jamson Laboratories | Scheduled | | $ 828.72 | | | 3/20/24 | Credit card | $ 828.72 | N/A | L | Paid Power Kleen |
| JC Machine | Scheduled | | $ 58,534.61 | | See Court Order at Doc. No. 352 | 3/22/24 | Wire | $ 58,534.61 | 54 | N/A | |
| JPR SAS | 2 | | $ - | $ 167,137.16 | See Court Order at Doc. No. 355 | | | | | | |

| Name | Claim No. | Priority claim under 503 (b) | Claim Amount (takes into consideration Court orders that alter the claim amount) | Claims paid by Short Bros per agreement | Notes/Comments | Date of Payment | Method of Payment | Amount Paid | Reference to Bank Wire Activity | Reference to Credit Card Activity | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K and J Magnets | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| KForce Staffing | Scheduled | | $ - | | | | | | | | |
| Lockheed Martin Aeronautics | Scheduled | | $ 7,869.44 | | | 3/22/24 | Wire | $ 7,869.44 | 55 | N/A | |
| Lord Corporation | 13 | | $ 51,614.32 | | | 3/22/24 | Wire | $ 51,614.32 | 56 | N/A | |
| Lucas Industries | 32 | | $ 27,885.00 | | | 3/22/24 | Wire | $ 27,885.00 | 57 | N/A | |
| Magnolia Advanced Materials | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Marketing Masters | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Maya Simulation Technologies | Scheduled | | $ 24,050.00 | | Claim Transferred to Fair Harbor Capital Doc. No. 517 | 3/22/24 | Wire | $ 24,050.00 | 6 | N/A | Paid to Morgan Stanley and includes other Claims. See Fair Harbor Capital LLC schedule for list of claims. |
| McMaster Carr | Scheduled | | $ 582.36 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/19/24 | Wire | $ 582.36 | 58 | N/A | |
| Mechanical Rubber Products | Scheduled | | $ - | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | | | | | | |
| Mitsubishi Chemical Carbon | 25 | | $ 15,340.00 | | | 3/26/24 | Wire | $ 15,340.00 | 59 | N/A | Paid to Euler Hermes |
| Morrells Electroplating | Scheduled | | $ 110,934.36 | | Claim Transferred to Cedar Glade Doc. No. 130 | 3/22/24 | Wire | $ 110,934.36 | 29 | N/A | Paid to Cedar Glade LP and includes other claims. See Cedar Glade LP schedule for list of claims. |
| MSC Industrial Supply | Scheduled | | $ 12,018.08 | | | 3/22/24 | Wire | $ 12,018.08 | 60 | N/A | Paid to Sid Tool Co |
| NDT Transducers | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Niar Composites | 38 | | $ 70,050.00 | | | 3/25/24 | ACH Debit | $ 70,050.00 | 61 | N/A | Paid to Wichita State University |
| Nordson EFD | 55 | | $ 930.00 | | | 3/22/24 | Wire | $ 930.00 | 62 | N/A | |
| Optimum Water Solutions | Scheduled | | $ 1,251.90 | | See Court Order at Doc. No. 352 | 3/19/24 | Wire | $ 1,251.90 | 63 | N/A | |
| Orbit Professional Packaging | 37 | | $ 74,380.17 | | | 3/22/24 | Wire | $ 74,380.17 | 64 | N/A | |
| Orkin Commerical Services | Scheduled | | $ 958.72 | | | 3/22/24 | Wire | $ 958.72 | 65 | N/A | Paid to Rollins |
| Oxley Inc | Scheduled | | $ 6,572.00 | | | 3/22/24 | Wire | $ 6,572.00 | 66 | N/A | |
| Park Aerospace | 33 | | $ - | | See Court Order at Doc. No. 233 | | | | | | |
| Park & Eleazer Construction | Scheduled | | $ 92,694.61 | | Claim Transferred to Cedar Glade Doc. No. 129 | 3/22/24 | Wire | $ 92,694.61 | 29 | N/A | Paid to Cedar Glade LP and includes other claims. See Cedar Glade LP schedule for list of claims. |
| Paterson Pacific Parchment | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Peerless Aerospace Fastener | 22 | | $ 64,306.66 | | | 3/22/24 | Wire | $ 64,306.66 | 67 | N/A | |
| People 2.0 Global | Scheduled | | $ 3,200.00 | | See Court Order at Doc. No. 352 | 3/19/24 | Wire | $ 3,200.00 | 68 | N/A | |
| Pinellas Rubber Stamp | Scheduled | | $ 707.05 | | | 3/20/24 | Credit card | $ 707.05 | N/A | M | Paid Winmark |
| Pitney Bowes | Scheduled | | $ 13.27 | | | | | $ - | N/A | N/A | We can't locate any contact information. |
| Plascore | 34 | | $ 160,517.28 | | | 3/22/24 | Wire | $ 160,517.28 | 69 | N/A | |
| Polymer Technologies | Scheduled | | $ 2,327.27 | | See Court Order at Doc. No. 352 | 3/19/24 | Wire | $ 2,327.27 | 70 | N/A | |
| Polytronix Machining & Fabri | Scheduled | | $ 7,693.95 | | | 3/19/24 | Wire | $ 7,693.95 | 71 | N/A | |
| Quality Forming | 26 | | $ 30,971.70 | | | 3/26/24 | Wire | $ 30,971.70 | 72 | N/A | |
| Randstad | 54 | | $ 21,250.00 | | | 3/26/24 | Wire | $ 21,250.00 | 73 | N/A | |
| Resin Services | Scheduled | | $ 1,275.98 | | | 3/20/24 | Credit card | $ 1,275.98 | N/A | N | |
| Reuther Mold & Mfg | Scheduled | | $ 2,550.00 | | Claim Transferred to Fair Harbor Capital Doc. No. 357 | 3/22/24 | Wire | $ 2,550.00 | 6 | N/A | Paid to Morgan Stanley and includes other Claims. See Fair Harbor Capital LLC schedule for list of claims. |
| RH Welding | 24 | | $ 5,107.86 | | | 3/19/24 | Wire | $ 5,107.86 | 74 | N/A | |
| Rootstock Software | Scheduled | | $ - | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | | | | | | |
| Royal Adhesives & Sealants | Scheduled | | $ 1,350.36 | | | 3/22/24 | Wire | $ 1,350.36 | 75 | N/A | |
| RS Hughes Company | Scheduled | | $ - | | See Court Order at Doc. No. 355/Claim Transferred to Fair Harbor Capital Doc. No. 358 | | | | | | |
| Rubber Stamps Unlimited | Scheduled | | $ 127.21 | | | 3/25/24 | Credit card | $ 127.21 | N/A | O | |
| Seal Science | Scheduled | | $ 9,506.40 | | | 3/22/24 | Wire | $ 9,506.40 | 76 | N/A | |
| SGS North America | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |

| Name | Claim No. | Priority claim under 503 (b) | Claim Amount (takes into consideration Court orders that alter the claim amount) | Claims paid by Short Bros per agreement | Notes/Comments | Date of Payment | Method of Payment | Amount Paid | Reference to Bank Wire Activity | Reference to Credit Card Activity | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shock Tech | Scheduled | | $ - | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | | | | | | |
| Sika Advanced Resins | Scheduled | | $ 584.32 | | | 3/22/24 | Wire | $ 584.32 | 77 | N/A | |
| Sika Corporation | Scheduled | | $ 70,423.67 | | | 3/22/24 | Wire | $ 70,423.67 | 78 | N/A | |
| Skandia | Scheduled | | $ 298.44 | | | | | $ - | N/A | N/A | Skandia account noted charge was previoulsy paid in Feb 2022 with a credit card. |
| Solvay Composites | 17 | | $ 79,980.60 | | | 3/22/24 | Wire | $ 79,980.60 | 79 | N/A | |
| Spirit/Short Brothers* | 51 | | $ 314,347.19 | | See Court Order at Doc. No. 252 | 3/25/24 | Wire | $ 314,347.19 | 80 | N/A | |
| Stanley Convergent | Scheduled | | $ 406.94 | | | 3/20/24 | Credit card | $ 406.94 | N/A | P | |
| Steven & Stevens | Scheduled | | $ 2,950.82 | | | 3/19/24 | Wire | $ 2,950.82 | 81 | N/A | |
| Stockwell | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Stratasys Direct | Scheduled | | $ 10,924.00 | | See Court Order at Doc. No. 352 | 3/22/24 | Wire | $ 10,924.00 | 82 | N/A | |
| Sunglo Paint | Scheduled | | $ 1,000.00 | | | 3/26/24 | Credit card | $ 1,000.00 | N/A | Q | |
| Sunshine Chillers | 50 | | $ 3,474.43 | | | 3/22/24 | Wire | $ 3,474.43 | 83 | N/A | |
| Swagelok Central | Scheduled | | $ 12,617.47 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/25/24 | Wire | $ 12,617.47 | 84 | N/A | Paid to Peck Enterprises |
| Symbolic Displays | 7 | | $ 10,200.00 | | | 3/25/24 | Wire | $ 10,200.00 | 85 | N/A | |
| Technical Fibre Products | Scheduled | | $ 8,833.79 | | Claim Transferred to Fair Harbor Capital Doc. No. 518 | 3/22/24 | Wire | $ 8,833.79 | 6 | N/A | Paid to Morgan Stanley and includes other Claims. See Fair Harbor Capital LLC schedule for list of claims. |
| Texas Almet | Scheduled | | $ 1,873.58 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/22/24 | Wire | $ 1,873.58 | 86 | N/A | |
| Toyota Material Handling | Scheduled | | $ 5,461.13 | | | 3/27/24 | Wire | $ 5,461.13 | 94 | N/A | Paid to Southern States Toyota Lift |
| Traction Sales and Marketing | Scheduled | | $ 1,920.00 | | | 3/29/24 | Wire | $ 1,920.00 | 95 | N/A | |
| Transgroup | Scheduled | | $ 165,923.35 | | | 3/22/24 | Wire | $ 165,923.35 | 87 | N/A | |
| Tristar Coatings | Scheduled | | $ 523.91 | | See Court Order at Doc. No. 352 | 3/19/24 | Wire | $ 523.91 | 88 | N/A | |
| TWP, Inc. | Scheduled | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Uline | 36 | $9,409.52 | $ 24,049.78 | | Claim Transferred to Cedar Glade Doc. No. 218 | 3/22/24 | Wire | $ 33,459.30 | 29 & 89 | N/A | $24,049.78 paid to Cedar Glade LP (29); $9,409.52 paid to Uline (89); See Cedar Glade LP schedule for list of claims. |
| UPS/UPS SCS | Scheduled | | $ 50.00 | | | | | $ - | N/A | N/A | UPS account noted charge was previoulsy paid. |
| US Lawns | Scheduled | | $ 6,600.00 | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | 3/19/24 | Wire | $ 6,600.00 | 90 | N/A | |
| Velocity IQ | Scheduled | | $ 2,853.17 | | | 3/25/24 | Wire | $ 2,853.17 | 91 | N/A | |
| Venice Engineering | 31 | | $ 37,613.50 | | | 3/19/24 | Wire | $ 37,613.50 | 92 | N/A | |
| Virtek Vision International | 9 | | $ - | | See Court Order at Doc. No. 355 | | | | | | |
| Wex Health | Scheduled | | $ - | | Debtor reviewed vendor statements, invoices and payments to determine Claim Amount. | | | | | | |
| ZYCI LLC | Scheduled | | $ - | $ 26,400.00 | See Court Order at Doc. No. 355 | | | | | | |
| WW Grainger, Inc. | 15 | $ - | $ 14,324.87 | | | 3/25/24 | Wire | $ 14,324.87 | 93 | N/A | |
| Total | | $9,409.52 | $ 7,152,402.62 | $ 564,347.19 | | | | $ 4,361,754.59 | | | |
| | | | $ 7,161,812.14 | | | | | | | | |

*The Debtor shall hold Claim No. 47 of CYJY Capital, LLC in an interest-bearing account pending further order of the Court.

All allowed claims, besides Claim No. 47 of CYJY Capital LLC, shall be paid on or before the date that is thirty (30) days after the order granting the Motion to Modify the Confirmed Plan (Doc. No. 476) becomes final and non-appealable. The Debtor shall hold all remaining surplus funds in an interest-bearing account pending further order of the Court.

| | | | |
|---|---|---|---|
| Total Claims approved for Payment: | | | |
| Total Claim Amount | | | $ 7,152,402.62 |
| Priority Claim | | | $ 9,409.52 |
| | | | $ 7,161,812.14 |
| Less Claim #47 CYJY Capital LLC | | | $ (2,799,281.00) |

| Name | Claim No. | Priority claim under 503 (b) | Claim Amount (takes into consideration Court orders that alter the claim amount) | Claims paid by Short Bros per agreement | Notes/Comments | Date of Payment | Method of Payment | Amount Paid | Reference to Bank Wire Activity | Reference to Credit Card Activity | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $ 4,362,531.14 | See below | | | | | | | |
| | | | | | | | | | | | |
| Total Claims Paid | | | $ 4,361,754.59 | | | | | | | | |
| Add Claims that creditor noted were previously paid pre-March 25, 2022 or could not locate contact information: | | | | | | | | | | | |
| AT&T | | | $ 169.84 | | | | | | | | |
| Averitt Express | | | $ 93.00 | | | | | | | | |
| B&B Professional Plumbing | | | $ 52.00 | | | | | | | | |
| Independent Ink | | | $ 100.00 | | | | | | | | |
| Pitney Bowes | | | $ 13.27 | | | | | | | | |
| Skandia | | | $ 298.44 | | | | | | | | |
| UPS/UPS SCS | | | $ 50.00 | | | | | | | | |
| | | | $ 4,362,531.14 | See above | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 03/19/2024 | Sweep Deposit<br>from *8310 CK - AE OPCO III LLC - Sweep | | $137,618.81 | | $1,000,000.00 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire People 2.0 Global LLC 116452 | (68) | | $3,200.00 | $862,381.19 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Composites One LLC 116451 | (33) | | $7,761.96 | $865,581.19 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Polytronix Machining 116450 | (71) | | $7,693.95 | $873,343.15 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Arcadia Aerospace Industries LLC 116442 | (17) | | $785.00 | $881,037.10 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Eastern Aero Marine, Inc 116446 | (36) | | $500.00 | $881,822.10 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Actuarial Benefits Corp. 116435 | (5) | | $2,752.01 | $882,322.10 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Tristar Coatings Ltd 116445 | (88) | | $523.91 | $885,074.11 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Venice Engineering, Inc 116447 | (92) | | $37,613.50 | $885,598.02 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Hardware Specialty Co., Inc. 116443 | (46) | | $699.61 | $923,211.52 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Optimum Water Solutions Inc 116441 | (63) | | $1,251.90 | $923,911.13 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Air Centers of Florida, Inc. 116440 | (11) | | $1,495.53 | $925,163.03 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire ACS Auxiliaries Group Inc 116439 | (4) | | $2,327.27 | $926,658.56 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire McMaster-Carr Supply Company 116444 | (58) | | $582.36 | $928,985.83 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Polymer Technologies Inc 116438 | (70) | | $2,327.27 | $929,568.19 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Hendrick Manufacturing Corporation 116437 | (47) | | $2,526.01 | $931,895.46 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire De-Comp Composites, Inc. 116436 | (35) | | $2,596.00 | $934,421.47 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Stevens and Stevens Business Record 116434 | (81) | | $2,950.82 | $937,017.47 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire 3M Company 116433 | (1) | | $3,109.12 | $939,968.29 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire GracoRoberts 116432 | (44) | | $3,365.81 | $943,077.41 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Instron 116431 | (52) | | $3,745.00 | $946,443.22 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Ally Facility Solutions 116429 (City Wide Facility) | (32) | | $4,590.30 | $950,188.22 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire RH Welding and Fabrication LLC 116428 | (74) | | $5,107.86 | $954,778.52 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Bay Foam Packaging and Insulation 116427 | (23) | | $6,420.00 | $959,886.38 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire U.S. Lawns 116426 | (90) | | $6,600.00 | $966,306.38 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Venice Engineering, Inc 116425 (For Camcorp) | (28) | | $6,663.00 | $972,906.38 |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Charter Next Generation, Inc. 116423 | (31) | | $7,640.44 | $979,569.38 |
| 03/19/2024 | Wire Transfer Withdrawal | | | $12,681.42 | $987,209.82 |

| | | | | |
|---|---|---|---|---|
| | Outgoing Wire Paycom Payroll LLC 116409 | | | |
| 03/19/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Airgas USA 116410 | (94) | $108.76 | $999,891.24 |

| | | | | | |
|---|---|---|---|---|---|
| 03/22/2024 | Sweep Deposit<br>from *8310 CK - AE OPCO III LLC - Sweep | $2,321,787.84 | | | $1,000,000.00 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Cedar Glade LP 116689 | | 29 | $557,947.37 | ($1,321,787.84) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Enterprise Coated Products, Inc. 116709 | | 38 | $22,982.40 | ($763,840.47) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire ATG - Aircraft Technologies Group 116665 | | 19 | $18,076.40 | ($740,858.07) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Uline 116639 | | 89 | $9,409.52 | ($722,781.67) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Argo Partners 116688 | | 3 | $6,063.50 | ($713,372.15) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Nordson EFD 116685 | | 62 | $930.00 | ($707,308.65) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Royal Adhesives 116682 | | 75 | $1,350.36 | ($706,378.65) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Texas Almet LP 116679 | | 86 | $1,873.58 | ($705,028.29) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Sunshine Chiller Service Inc 116677 | | 83 | $3,474.43 | ($703,154.71) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Solvay Finance (America) LLC 116646 | | 79 | $79,980.60 | ($699,680.28) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Morgan Stanley & Co Inc 116690 | | 6 | $70,440.20 | ($619,699.68) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Sika Corporation 116687 | | 77 | $584.32 | ($549,259.48) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Additive Engineering Solutions LLC 116644 | | 7 | $105,373.00 | ($548,675.16) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Transgroup Express 116641 | | 87 | $165,923.35 | ($443,302.16) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Sika Corporation 116686 | | 78 | $70,423.67 | ($277,378.81) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Rollins Inc 116684 | aka Orkin | 65 | $958.72 | ($206,955.14) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire All Foils, Inc. 116683 | | 15 | $1,307.00 | ($205,996.42) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire BK Plastics Industry, Inc 116681 | | 27 | $1,385.00 | ($204,689.42) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Infotrac Inc 116680 | | 51 | $1,453.14 | ($203,304.42) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Global Equipment Co., Inc. 116678 | Global Industrial | 43 | $2,428.61 | ($201,851.28) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Aearo Technologies LLC 116676 | | 9 | $4,188.30 | ($199,422.67) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Amamco Tool & Supply 116675 | | 20 | $4,358.42 | ($195,234.37) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Aircraft Tooling & Design Group 116674 | | 13 | $5,131.00 | ($190,875.95) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Evonik Corporation 116673 | | 40 | $5,833.00 | ($185,744.95) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Oxley Inc 116672 | | 66 | $6,572.00 | ($179,911.95) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Bergdahl Associates, Inc 116671 | | 25 | $7,796.20 | ($173,339.95) |
| 03/22/2024 | Wire Transfer Withdrawal | | 55 | $7,869.44 | ($165,543.75) |

55

Outgoing Wire Lockheed Martin 116670

| | | | | |
|---|---|---|---|---|
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Wesco Aircraft Hardware Corp 116669 | 49 | $8,142.15 | ($157,674.31) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Seal Science Inc. 116668 | 76 | $9,506.40 | ($149,532.16) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Stratasys Direct, Inc. 116667 | 82 | $10,924.00 | ($140,025.76) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Sid Tool Co. Inc. 116666 MSC Industrial | 60 | $12,018.08 | ($129,101.76) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire BE Aerospace Inc 116664 | 21 | $18,550.20 | ($117,083.68) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Five Oceans Florida, Inc. 116663 FLRS Technology | 41 | $20,565.19 | ($98,533.48) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Image Technologies Resources Corp 116662 | 53 | $22,000.00 | ($77,968.29) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Bisco Industries, Inc 116661 | 26 | $22,350.27 | ($55,968.29) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Barrday Corporation 116660 | 22 | $25,516.43 | ($33,618.02) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Lucas Industries 116659 | 57 | $27,885.00 | ($8,101.59) |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Edwards Interiors Inc. 116658 | 37 | $30,840.50 | $19,783.41 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Galaxy Technologies, Inc 116657 | 42 | $30,859.00 | $50,623.91 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Industrial Vacuum Equipment Corp 116656 | 50 | $36,045.00 | $81,482.91 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Aerotek, Inc. 116655 | 10 | $41,183.91 | $117,527.91 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Henkel Corporation 116654 | 48 | $49,565.22 | $158,711.82 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Lord Corporation 116653 | 56 | $51,614.32 | $208,277.04 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Air Products and Chemicals, Inc. 116652 | 12 | $53,184.16 | $259,891.36 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Advance Tool Co. 116651 | 8 | $53,200.00 | $313,075.52 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Green Country Aircraft 116650 | 45 | $55,642.70 | $366,275.52 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire JC Machine, Inc. 116649 | 54 | $58,534.61 | $421,918.22 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Peerless Aerospace Fastener Corp 116648 | 67 | $64,306.66 | $480,452.83 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Orbit Professional Packing 116647 | 64 | $74,380.17 | $544,759.49 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Airtech International Inc 116645 | 14 | $80,023.34 | $619,139.66 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Euro-Composites Corporation 116643 | 39 | $118,691.00 | $699,163.00 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Plascore Inc. 116642 | 69 | $160,517.28 | $817,854.00 |
| 03/22/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Coretek Inc 116640 | 34 | $21,628.72 | $978,371.28 |

| | | | | | |
|---|---|---|---|---|---|
| 03/25/2024 | Sweep Deposit<br>from *8310 CK - AE OPCO III LLC - Sweep | $1,831,060.17 | | | $1,000,000.00 |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire CGTech 116770 | | 30 | $8,077.81 | ($831,060.17) |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Beneficial Fire Protection, Inc. 116762 | | 24 | $5,600.00 | ($822,982.36) |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Short Brothers PLC 116761 Spirit | | 80 | $314,347.19 | ($817,382.36) |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Velocity IQ, LLC 116752 | | 91 | $2,853.17 | ($503,035.17) |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Peck Enterprises LLC 116743 Swagelok | | 84 | $12,617.47 | ($500,182.00) |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Symbolic Displays, Inc. 116751 | | 85 | $10,200.00 | ($487,564.53) |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Architect Equity Holdings 116748 | | 18 | $1,011,437.00 | ($477,364.53) |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire AAR Corp 116747 | | 2 | $338,381.66 | $534,072.47 |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Cedar Glade LP 116745 (AMS Corebuy) | | 16 | $43,171.00 | $872,454.13 |
| 03/25/2024 | Wire Transfer Withdrawal<br>Outgoing Wire W.W. Grainger, Inc. 116744 | | 93 | $14,324.87 | $915,625.13 |
| 03/25/2024 | External Withdrawal<br>WICHITA STATE UN - WSU ACH MP NIAR Composites<br>ACH Debit | | 61 | $70,050.00 | $929,950.00 |

| Date | Description | Credit | | Debit | Running Balance |
|---|---|---|---|---|---|
| 03/26/2024 | Sweep Deposit from *8310 CK - AE OPCO III LLC - Sweep | $67,561.70 | | | $1,000,000.00 |
| 03/26/2024 | Wire Transfer Withdrawal Outgoing Wire Euler Hermes North America 116874 | Mitsubishi | (59) | $15,340.00 | $932,438.30 |
| 03/26/2024 | Wire Transfer Withdrawal Outgoing Wire Quality Forming LLC 116847 | | (72) | $30,971.70 | $947,778.30 |
| 03/26/2024 | Wire Transfer Withdrawal Outgoing Wire Tatum PMS 116821 | | (73) | $21,250.00 | $978,750.00 |

| Date | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|
| 03/27/2024 | Sweep Deposit<br>from *8310 CK - AE OPCO III LLC - Sweep | $5,461.13 | | $1,000,000.00 |
| 03/27/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Southern States Toyota Lift 116930 Toyota (94) | | $5,461.13 | $994,538.87 |

| | | | | |
|---|---|---|---|---|
| 03/29/2024 | Wire Transfer Withdrawal<br>Outgoing Wire Salesforce Inc. 117136 | (95) | $1,920.00 | $998,080.00 |

Summary of Payments made to Fair Harbor Capital as Assignee of the following claims:

Fair Harbor Capital LLC
3/22/2024

| | |
|---|---|
| IMR Test Labs | $ 1,579.00 |
| Reuther Mold & Mfg | $ 2,550.00 |
| Inceptra | $ 7,190.41 |
| Technical Fibre Products | $ 8,833.79 |
| Maya Simulation Technologies | $ 24,050.00 |
| Adams Rite Aerospace | $ 26,237.00 |
| | $ 70,440.20 |

(6)

Summary of Payments made to Cedar Glade as Assignee to the following claims:

Cedar Glade LP
3/22/2024

| | |
|---|---|
| Uline | $ 24,049.78 |
| Park & Eleazer Construction | $ 92,694.61 |
| Morrells Electroplating | $ 110,934.36 |
| Get Digital Velocity | $ 288,268.62 |
| CEO, Inc. | $ 42,000.00 |
| | $ 557,947.37 |

(29)

# Summary of Payments made via AMEX

Transaction Details — Green Card / Mar 21, 2024 to Apr 19, 2024

**Prepared for**
ANTHONY N FOCARACCI
**Account Number**
XXXX-XXXXXX-49000

| Date | Description | Card Member | Account # | Amount | Extended Details | Appears On Your Statement As | Reference to Claims Listing |
|---|---|---|---|---|---|---|---|
| 03/28/2024 | AIRCRAFT SPRUCE (951)372-9555 CA | ANTHONY N FOCARACCI | -49000 | $ 379.01 | AIRCRAFT SPRUCE (951)372-9555 CA Description : BUSINESS | AIRCRAFT SPRUCE (951)372-9555 CA | C |
| 03/27/2024 | INVENTORY LOCATOR SECORDOVA TN | ANTHONY N FOCARACCI | -49000 | $ 5.20 | INVENTORY LOCATOR SERVICE 628001006995 CORDOVA TN | INVENTORY LOCATOR SECORDOVA TN | K |
| 03/26/2024 | BAYCARE URG CAR 727-7670575 FL | ANTHONY N FOCARACCI | -49000 | $ 60.00 | BAYCARE URG CAR 727-7670575 FL MEDICAL SERVICE | BAYCARE URG CAR 727-7670575 FL | F |
| 03/26/2024 | EMI SUPPLY INC. 0000MONROE NC | ANTHONY N FOCARACCI | -49000 | $ 139.98 | EMI SUPPLY INC. 000000001 MONROE NC Description : INDUSTRIAL SUP. | EMI SUPPLY INC. 0000MONROE NC | H |
| 03/26/2024 | SUNGLO PAINT 0000000CLEARWATER FL | ANTHONY N FOCARACCI | -49000 | $ 1,000.00 | SUNGLO PAINT 000000001 CLEARWATER FL Description : REFER TO RECEIPT | SUNGLO PAINT 0000000CLEARWATER FL | Q |
| 03/26/2024 | THE FLIGHT SHOP 0688BRIGHAM CITY UT | ANTHONY N FOCARACCI | -49000 | $ 182.50 | JODIE@THEFLIGHTSHOP.C JODIE@THEFLIGHTSHOP.COM THE FLIGHT SHOP 068880019966384 | THE FLIGHT SHOP 0688BRIGHAM CITY UT | I |
| 03/25/2024 | AGP*BTPROPANE 610-337-7000 PA | ANTHONY N FOCARACCI | -49000 | $ 941.32 | AGP*BTPROPANE 610-337-7000 PA UTILITIES | AGP*BTPROPANE 610-337-7000 PA | E |
| 03/25/2024 | GROSVENOR B 4072923383 FL | ANTHONY N FOCARACCI | -49000 | $ 333.68 | GROSVENOR B 4072923383 FL Description : CLEANING AND | GROSVENOR B 4072923383 FL | J |
| 03/25/2024 | GROSVENOR B 4072923383 FL | ANTHONY N FOCARACCI | -49000 | $ 510.39 | GROSVENOR B 4072923383 FL Description : CLEANING AND | GROSVENOR B 4072923383 FL | J |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/25/2024 | IN *ELECTRIC MOTORS CLEARWATER FL | ANTHONY N FOCARACCI | -49000 | $ | 320.00 | IN *ELECTRIC MOTORS AND LIFT STATIONS CLEARWATER FL | IN *ELECTRIC MOTORS CLEARWATER FL | G |
| 03/25/2024 | IN *RUBBER STAMPS UNPLYMOUTH MI | ANTHONY N FOCARACCI | -49000 | $ | 127.21 | IN *RUBBER STAMPS UNLIMITED, INC. PLYMOUTH MI | IN *RUBBER STAMPS UNPLYMOUTH MI | O |
| 03/21/2024 | AEROTAPE 57380000000ORLANDO FL | ANTHONY N FOCARACCI | -49000 | $ | 561.60 | BRENT@AEROTAPE.COM AEROTAPE 573800000009381 ORLANDO FL | AEROTAPE 57380000000ORLANDO FL | B |
| 03/20/2024 | ALL WORLD LIFT TRUCKTAMPA FL | ANTHONY N FOCARACCI | -49000 | $ | 506.08 | BELINDA@ALLWORLDLIFTT BELINDA@ALLWORLDLIFTTRUCK ALL WORLD LIFT TRUCK CO L | ALL WORLD LIFT TRUCKTAMPA FL | D |
| 03/20/2024 | BTS*STANLEYCNVRGNTSCFISHERS IN | ANTHONY N FOCARACCI | -49000 | $ | 406.94 | 46037 BTS*STANLEYCNVRGNTSCRTY 000000651 FISHERS | BTS*STANLEYCNVRGNTSCFISHERS IN | P |
| 03/20/2024 | PAYPAL *ABRASIVE TE 7405484100 OH | ANTHONY N FOCARACCI | -49000 | $ | 765.00 | PAYPAL *ABRASIVE TE 7405484100 OH Description : INDUSTRIAL | PAYPAL *ABRASIVE TE 7405484100 OH | A |
| 03/20/2024 | POWER KLEEN CORPORATOLDSMAR FL | ANTHONY N FOCARACCI | -49000 | $ | 828.72 | POWER KLEEN CORPORATION 000000001 OLDSMAR FL | POWER KLEEN CORPORATOLDSMAR FL | L |
| 03/20/2024 | WINMARK STAMP & SIGNSALT LAKE CIT UT | ANTHONY N FOCARACCI | -49000 | $ | 707.05 | WINMARK STAMP & SIGN ECOM 650000008401 SALT LAKE CIT UT | WINMARK STAMP & SIGNSALT LAKE CIT UT | M |
| | | | | $ | 7,774.68 | | | |
| | | | Resin Services | $ | 1,275.98 | | | |
| | | | | $ | 9,050.66 | | | |

Transaction Details

**Green Card / Feb 19, 2024 to Mar 20, 2024**

**Prepared for**
ANTHONY N FOCARACCI
**Account Number**
XXXX-XXXXXX-49000

| Date | Description | Card Member | Account # | Amount | Extended Details | Appears On Your Statement As | Reference to Claims Listing |
|---|---|---|---|---|---|---|---|
| 03/20/2024 | RESIN SERVICES INC OSTERLING HEIG MI | ANTHONY N FOCARACCI | -49000 | 1275.98 | 99999994080586254677O<br>resin and hardener<br>RESIN SERVICES INC 000000001<br>STERLING HEIG<br>MI<br>resin and hardener<br>5862546770 | RESIN SERVICES INC OSTERLING HEIG MI | N |